

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

___

No. 07-15-00040-CV

___

IN THE INTEREST OF O.A.P., A CHILD

___

On Appeal from the 237th District Court
Lubbock County, Texas
Trial Court No. 2011-559,782, Honorable Leslie Hatch, Presiding

___

February 11, 2015

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Pending before us is appellant's motion to extend the time to file his notice of appeal pursuant to Texas Rule of Appellate Procedure 26.3. We deny the motion and dismiss the appeal.

According to the motion, appellant is appealing a judgment entered on October 3, 2014. A request for findings of fact and conclusions of law were timely filed, thereby requiring the notice of appeal to be filed no later than January 2, 2015. *See* Tex. R. App. P. 26.1(a)(4). The documents on file with this court reflect that the motion to extend the time to file the notice of appeal was filed on January 20, 2015 and the notice of appeal was filed with the district clerk on January 26, 2015.

Generally, a notice of appeal is due within thirty days after the judgment is signed. *See* TEX. R. APP. P. 26.1. The deadline to file a notice of appeal is extended ninety days after the date the judgment is signed if any party timely files a motion for new trial, motion to modify the judgment, motion to reinstate, or, under certain circumstances, a request for findings of fact and conclusions of law. *See* TEX. R. APP. P. 26.1(a). We may extend the time to file the notice of appeal, however, if, within fifteen days after the deadline to file the notice of appeal, the appellant properly files a motion to extend time. TEX. R. APP. P. 26.3, 10.5(b)(1)(2). However, the motion *and* notice of appeal must be filed within the fifteen day time period mentioned in the appellate rules. If not, then the notice is untimely. *See Strange v. State*, 258 S.W.3d 184, 186-87 (Tex. App.—Houston [1st Dist.] 2007, no pet.) (holding that both the motion and the notice of appeal were due within fifteen days from the date the notice was due).

Here, appellant was given an opportunity to show why the court had jurisdiction over the matter. Appellant responded by re-filing the original motion to extend the time to file his notice of appeal. Appellant was required to file both his notice of appeal and the motion to extend the time to file his notice of appeal within fifteen days from the date his notice was due. Even though appellant timely filed the motion on January 20th, the notice was filed on January 26th, which date fell outside the fifteen day deadline of January 20, 2015.

Accordingly, we deny the motion to extend the time to file the notice of appeal and dismiss the appeal.

Per Curiam

2